Peter B. Fredman (Cal. Bar No. 189097)
LAW OFFICE OF PETER FREDMAN PC
2930 Domingo Ave, Suite 227
Berkeley, CA 94705
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peter@peterfredmanlaw.com

Pamela D. Simmons (Cal. Bar No. 160523)
LAW OFFICE OF SIMMONS & PURDY
2425 Porter Street, Suite 10
Soquel, California 95073
Tel: (831) 464-6884
Fax: (831) 464-6885
E-mail: pamela@pamelaw.com

Attorneys for Plaintiffs and Counterdefendants
REGINALD and RHONDA DRAKEFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REGINALD and RHONDA DRAKEFORD, husband and wife;<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL BENEFIT, INC., a California company; MARCEL BRUETSCH, an individual; ROBERT V. and WALTRAUD M. WILLIAMS, individually and as Trustees of the Williams Family Trust; RICHARD WESTIN, an individual, and DOES 1 through 100, inclusive;<br><br>Defendants.<br>_____<br><br>AND COUNTERCLAIM | Case No. 20-cv-04161-WHO<br><br>**PLAINTIFFS' PROPOSED VERDICT FORMS**<br><br>Pretrial Conf.:   April 5, 2021 at 2:00 p.m.<br><br>Honorable Judge William H. Orrick<br><br>Removed:   June 24, 2020<br>Trial Date:   April 26, 2021 |

Plaintiffs' Special Verdict (Jury Interrogatories)

Please answer each question by checking the appropriate box.

1. Did the Drakefords obtain the loan primarily for *consumer* purposes?

    _____Yes                              _____No

2. Did Rhonda Drakeford tell Fred Mayer that she sought the loan primarily for *business* purposes?

    _____Yes                              _____No

3. Did Rhonda Drakeford tell Marcel Bruetsch that she sought the loan primarily for *business* purposes?

    _____Yes                              _____No

4. Did Rhonda Drakeford know that Marcel Bruetsch *believed* that she sought the loan primarily for *business* purposes?

    _____Yes                              _____No

Special Verdict  (Jury Interrogatories)

Please answer each question by checking the appropriate box.

1. Does the default interest provision of the loan contract represent a reasonable endeavor by the parties to estimate a fair average compensation for any loss that the lenders would sustain if they failed to make timely payments on their mortgage?

    _____Yes                              _____No

Special Verdict Form

Rosenthal Fair Debt Collections Practices Act (the "Rosenthal Act")

Please answer each question by checking the appropriate box.

1. Did the Drakefords obtain the subject mortgage loan for consumer purposes?

    _____Yes                              _____No

2. Did Defendants Marcel Bruetsch and Capital Benefit, Inc. seek to collect on the loan debt?

    _____Yes                              _____No

3. Did Defendants Marcel Bruetsch and Capital Benefit, Inc. violate the Rosenthal Act while seeking to collect on the loan debt?

    _____Yes                              _____No

4. Did the Drakefords suffer any actual damages as a result of Defendants Marcel Bruetsch and Capital Benefit, Inc. violating the Rosenthal Act?

    _____Yes                              _____No

5. If yes, what is the appropriate amount of compensation to the Drakefords for their actual damages resulting from Defendants Marcel Bruetsch and Capital Benefit, Inc. violating the Rosenthal Act?

    $_____

Special Verdict Form

Real Estate Settlement Procedures Act  ("RESPA") Foreclosure Waiting Time

Please answer each question by checking the appropriate box.

1.	Did the Drakefords obtain the subject mortgage loan for consumer purposes?

	_____Yes				_____No

2.	Did Defendants Marcel Bruetsch and Capital Benefit, Inc. initiate foreclosure proceedings against the Drakefords before the loan was 120 days delinquent?

	_____Yes				_____No

3.	Did the Drakefords suffer any actual damages as a result of Defendants Marcel Bruetsch and Capital Benefit, Inc. initiating foreclosure proceedings against the Drakefords before the loan was 120 days delinquent?

	_____Yes				_____No

4.	If yes, what is the appropriate amount of compensation to the Drakefords for their actual damages resulting from Defendants Marcel Bruetsch and Capital Benefit, Inc. . initiating the foreclosure proceedings against the Drakefords before the loan was 120 days delinquent?

	$_____

Special Verdict Form

<u>Breach of Fiduciary Duty</u>

Please answer each question by checking the appropriate box.

1.   Did Defendants Marcel Bruetsch and Capital Benefit, Inc. breach any fiduciary duty that they owed to the Drakefords?

      _____Yes              _____No

2.   Did the Drakefords suffer harm as a result of the breach of fiduciary duty?

      _____Yes              _____No

3.   If yes, what is the appropriate amount of compensation to the Drakefords for the harm resulting from Defendants Marcel Bruetsch and Capital Benefit, Inc. breach of fiduciary duty to the Drakefords?

      $_____

4.   Did Defendant Marcel Bruetsch engage in the conduct with malice, oppression, or fraud?

      _____Yes              _____No

5.   If yes, what amount of punitive damages do you award to the Drakefords against Defendant Marcel Bruetsch?

      $_____

Special Verdict Form

Truth In Lending Act ("TILA")

Please answer each question by checking the appropriate box.

1.  Did the Drakefords obtain the subject mortgage loan for consumer purposes?

    _____Yes                              _____No

2.  If yes, did the Drakefords suffer any actual damages as a result of the Defendants' failure to comply with the Drakefords' rescission of the mortgage loan on May 26, 2020?

    _____Yes                              _____No

3.  If yes, what is the appropriate amount of compensation to the Drakefords for their actual damages resulting from the Defendants' failure to comply with the Drakefords' rescission of the mortgage loan on May 26, 2020?

    $_____

Special Verdict Form

<u>Breach of Contract</u>

Please answer each question by checking the appropriate box.

1. Did the Drakefords enter into a contract with the Lender Defendants?

 _____Yes                               _____No

2. Did the Drakefords do all the things that the contract required or were the Drakefords excused from doing all the things that the contract required?

 _____Yes                               _____No

3. Did the Lender Defendants do something that the contract prohibited them from doing?

 _____Yes                               _____No

4. Were the Drakefords harmed by the Lender Defendants doing the prohibited thing?

 _____Yes                               _____No