BUCHALTER
A Professional Corporation
JASON E. GOLDSTEIN (SBN: 207481)
OREN BITAN (SBN: 251056)
GORDON C. STUART (SBN: 294321)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: jgoldstein@buchalter.com

Attorneys for Defendants
CAPITAL BENEFIT, INC., MARCEL BRUETSCH,
ROBERT V. WILLIAMS, TRUSTEE OF THE
WILLIAMS FAMILY TRUST DATED SEPTEMBER 17, 1999,
WALTRAUD M. WILLIAMS, TRUSTEE OF THE WILLIAMS
FAMILY TRUST DATED SEPTEMBER 17, 1999
and RICHARD WESTIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD and RHONDA DRAKEFORD, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL BENEFIT, INC., a California company; MARCEL BRUETSCH, an individual; ROBERT V. and WALTRAUD M. WILLIAMS, individually and as Trustees of the Williams Family Trust; RICHARD WESTIN, an individual, DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-04161-WHO__<br><br>**DEFENDANTS' PROPOSED VERDICT FORM**<br><br>Trial Date:   March 22, 2022<br>Time:        8:30 a.m.<br>Courtroom:   2<br><br>Honorable Judge William H. Orrick |

We the Jury in the above-entitled action find the following special verdict on the following questions presented to us.

For each claim, please answer the following questions.

## I.  FRAUD

On Capital Benefit, Inc.'s, Marcel Bruetsch's, Robert V. Williams's, Waltraud M. Williams's and Richard Westin's claim for Fraud:

We find that Reginald Drakeford committed fraud ____yes ___no

We find that Rhonda Drakeford committed fraud ____yes ___no

If you answered any of the above questions no, please go to the next claim for relief.

If you answered any of the above questions yes, please answer the following question.

We award the following damages:  $_____.

## II.  NEGLIGENT MISREPRESENTATION

On Capital Benefit, Inc.'s, Marcel Bruetsch's, Robert V. Williams's, Waltraud M. Williams's and Richard Westin's claim for Negligent Misrepresentation:

We find that Reginald Drakeford committed negligent misrepresentation ____yes ___no

We find that Rhonda Drakeford committed negligent misrepresentation ____yes ___no

If you answered any of the above questions no, please go to the next claim for relief.

If you answered any of the above questions yes, please answer the following question.

We award the following damages:  $_____.

### III. TRUTH IN LENDING

As to Reginald and Rhonda Drakeford's claim under the Truth-In-Lending Act:

Was a business purpose loan applied for ____yes ___no

Was a consumer purpose loan applied for ____yes ___no

If you answered that the loan was for a business purpose, please go to the next claim for relief.

If you answered that the loan was for a consumer purpose, please answer the following questions:

Is this claim barred due to unclean hands ____yes ___no

Is this claim barred due to estoppel ____yes ___no

Is this claim barred due to the Drakefords' stated use of the loan proceeds ____yes ___no

Is this claim barred due to the Drakefords' deliberate steps to mislead ____yes ___no

Is this claim barred due to it being an unintentional violation ____yes ___no

Is this claim barred due to it being an unintentional violation based upon the reliance placed upon the Drakefords ____yes ___no

If you answered any of the above questions yes, please go to the next claim for relief.

If you answered all of the above questions no, please answer the following questions.

We award the Drakefords the following damages: $_____.

### IV. BREACH OF CONTRACT

As to Reginald and Rhonda Drakeford's claim for Breach of Contract:

Was a business purpose loan applied for ____yes ___no

Was a consumer purpose loan applied for ____yes ___no

If you answered that the loan was for a business purpose, please go to the next claim for relief.

If you answered that the loan was for a consumer purpose, please answer the following questions:

Is this claim barred due to unclean hands ____yes ___no

Is this claim barred due to estoppel ____yes ___no

Is this claim barred due to the Drakefords' stated use of the loan proceeds ____yes ___no

Is this claim barred due to the Drakefords' deliberate steps to mislead ____yes ___no

Is this claim barred due to it being an unintentional violation ____yes ___no

Is this claim barred due to it being an unintentional violation based upon the reliance placed upon the Drakefords ____yes ___no

If you answered any of the above questions yes, please go to the next claim for relief.

If you answered all of the above questions no, please answer the following question.

Did the Lenders breach a contract with the Drakefords ____yes ___no

If you answered the above question yes, please answer the following question:

If the Lenders breached a contract with the Drakefords, how was it breached:_____

If you could not answer the above question, please go to the next claim for relief.

If you did answer the above question, please answer the following question:

We award the Drakefords the following damages: $_____.

## V. REAL ESTATE SETTLEMENT PROCEDURES ACT

As to Reginald and Rhonda Drakeford's claim for Real Estate Settlement Procedures Act:

Was a business purpose loan applied for ____yes ___no

Was a consumer purpose loan applied for ____yes ___no

If you answered that the loan was for a business purpose, please go to the next claim for relief.

If you answered that the loan was for a consumer purpose, please answer the following questions:

Is this claim barred due to unclean hands ____yes ___no

Is this claim barred due to estoppel ____yes ___no

Is this claim barred due to the Drakefords' stated use of the loan proceeds ____yes ___no

Is this claim barred due to the Drakefords' deliberate steps to mislead ____yes ___no

Is this claim barred due to it being an unintentional violation ____yes ___no

Is this claim barred due to it being an unintentional violation based upon the reliance placed upon the Drakefords ____yes ___no

If you answered any of the above questions yes, please go to the next claim for relief.

If you answered all of the above questions no, please answer the following question.

We award the Drakefords the following damages: $_____.

## VI. ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

As to Reginald and Rhonda Drakeford's claim for Rosenthal Fair Debt Collection Practices Act:

Was a business purpose loan applied for ____yes ___no

**Was a consumer purpose loan applied for \_\_\_\_yes \_\_\_no**

**If you answered that the loan was for a business purpose, please go to the next claim for relief.**

**If you answered that the loan was for a consumer purpose, please answer the following questions:**

**Is this claim barred due to unclean hands \_\_\_\_yes \_\_\_no**

**Is this claim barred due to estoppel \_\_\_\_yes \_\_\_no**

**Is this claim barred due to the Drakefords' stated use of the loan proceeds \_\_\_\_yes \_\_\_no**

**Is this claim barred due to the Drakefords' deliberate steps to mislead \_\_\_\_yes \_\_\_no**

**Is this claim barred due to it being an unintentional violation \_\_\_\_yes \_\_\_no**

**Is this claim barred due to it being an unintentional violation based upon the reliance placed upon the Drakefords \_\_\_\_yes \_\_\_no**

**If you answered any of the above questions yes, please go to the next claim for relief.**

**If you answered all of the above questions no, please answer the following question.**

**Did the Lenders violate the Rosenthal Fair Debt Collection Practices Act \_\_\_\_yes \_\_\_no**

**If you answered the above question yes, please answer the following question: If the Lenders violated the Rosenthal Fair Debt Collection Practices Act, how was it violated:_____.**

**If you could not answer the above question, please go to the next claim for relief.**

**If you did answer the above question, please answer the following question:**

1   We award the Drakefords the following damages: $_____.

**VII.  BREACH OF FIDUCIARY**

As to Reginald and Rhonda Drakeford's claim for Breach of Fiduciary Duty:

Was there a breach of a fiduciary duty which was owed to the Drakefords ____yes ___no

If you answered no, please go to the next claim for relief.

If you answered yes, please answer the following questions:

If there was a breach of fiduciary duty, how was it breached: _____.

Is this claim barred due to unclean hands ____yes ___no

Is this claim barred due to estoppel ____yes ___no

Is this claim barred due to the Drakefords' stated use of the loan proceeds ____yes ___no

Is this claim barred due to the Drakefords' deliberate steps to mislead ____yes ___no

Is this claim barred due to it being an unintentional violation ____yes ___no

Is this claim barred due to it being an unintentional violation based upon the reliance placed upon the Drakefords ____yes ___no

If you answered any of the above questions yes, please go to the next claim for relief.

If you answered all of the above questions no, please answer the following question.

We award the Drakefords the following damages: $_____.

**VIII.  PUNITIVE DAMAGES**

Did any party to this case engage in conduct, for which you have awarded relief for Breach of Fiduciary Duty or Fraud, with malice, oppression, or fraud?

_____ Yes _____ No

If you answered the above question yes, please go to the next question.

If you answered the question no, please sign and date at the bottom of this verdict.

Which of the following parties engaged in conduct with malice, oppression, or fraud?

| | |
|---|---|
| **Reginald Drakeford** | ____yes ___no |
| **Rhonda Drakeford** | ____yes ___no |
| **Capital Benefit, Inc.** | ____yes ___no |
| **Marcel Bruetsch** | ____yes ___no |

If you answered any of the above questions yes, please fill in the name of the party who engaged in conduct with malice, oppression or fraud and then state on the line across from it which finding you made as to that person, for example: John Doe – Malice:

**Name**                                                                 **Finding**

_____                                          _____

_____                                          _____

_____                                          _____

_____                                          _____

Signed:

_____
Presiding Juror

Dated: