BUCHALTER
A Professional Corporation
JASON E. GOLDSTEIN (SBN: 207481)
OREN BITAN (SBN: 251056)
GORDON C. STUART (SBN: 294321)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: jgoldstein@buchalter.com

Attorneys for Defendants
CAPITAL BENEFIT, INC., MARCEL BRUETSCH,
ROBERT V. WILLIAMS, TRUSTEE OF THE
WILLIAMS FAMILY TRUST DATED SEPTEMBER 17, 1999,
WALTRAUD M. WILLIAMS, TRUSTEE OF THE WILLIAMS
FAMILY TRUST DATED SEPTEMBER 17, 1999
and RICHARD WESTIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD and RHONDA DRAKEFORD, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL BENEFIT, INC., a California company; MARCEL BRUETSCH, an individual; ROBERT V. and WALTRAUD M. WILLIAMS, individually and as Trustees of the Williams Family Trust; RICHARD WESTIN, an individual, DOES 1 to 10, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM | CASE NO. 20-cv-04161-WHO<br>Honorable Judge William H. Orrick<br><br>**DEFENDANTS' SUPPLEMENTAL SPECIAL JURY INSTRUCTION NO. 28**<br><br>Trial Date: March 22, 2022 |

Defendants Capital Benefit, Inc., Marcel Bruetsch, Robert V. Williams, Trustee of the Williams Family Trust Dated September 17, 1999, Waltraud M. Williams, Trustee of the Williams Family Trust Dated September 17, 1999, and Richard Westin (collectively "Defendants") hereby submit Defendants Special Jury Instruction No. 28 which is attached hereto.

Plaintiffs failed to file the attached jury instruction with the Proposed Jury Instructions filed on March 14, 2022 (Dkt. 92).

DATED: March 15, 2022

BUCHALTER
A Professional Corporation

By: /s/ Jason E. Goldstein
JASON E. GOLDSTEIN
Attorneys for Defendants
CAPITAL BENEFIT, INC.; MARCEL BRUETSCH; ROBERT V. WILLIAMS, TRUSTEE OF THE WILLIAMS FAMILY TRUST DATED SEPTEMBER 17, 1999; WALTRAUD M. WILLIAMS, TRUSTEE OF THE WILLIAMS FAMILY TRUST DATED SEPTEMBER 17, 1999; and RICHARD WESTIN

Defendants' Special Jury Instruction No. 28
Definition of Sole Proprietorship

Investments and Rhonda Drakeford are the same legal entity.  Reginald Drakeford does business as Tekdragon Network Solutions, a sole proprietorship.  Therefore, Tekdragon Network Solutions and Reginald Drakeford are the same legal entity.  A designation that an individual is conducting business under a fictitious business name "indicates he [or she] is a sole proprietor who is doing business under the fictitious business name."

Authority:  *Century Surety Co. v. Polisso* (2006) 139 Cal.App.4th 922, 940

**Plaintiffs' Objection**:

The proposed instruction is irrelevant to any issue in the case and likely to cause jury confusion. The fact that Plaintiffs operate their businesses as sole proprietorships has no bearing on whether the loan was for business versus consumer purposes.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017 and my email address is emedrano@buchalter.com.

I hereby certify that on March 15, 2022, a true copy of the foregoing document described as:

**DEFENDANTS' SUPPLEMENTAL SPECIAL JURY INSTRUCTION NO. 28**

was served on all other parties and/or their attorney(s) of record to this action as follows:

| | |
|---|---|
| Peter B. Fredman<br>Email: peter@peterfredmanlaw.com<br>Law Office of Peter Fredman PC<br>2930 Domingo Ave., Ste 227<br>Berkeley, CA 94705 | *Attorneys for Plaintiffs, Reginald and Rhonda Drakeford* |
| Joseph Elford<br>Email: joeelford@yahoo.com | *Attorney for Plaintiffs, Reginald and Rhonda Drakeford* |

**BY ELECTRONIC SERVICE** I certify that by electronically filing the document(s) with the Court using CM/ECF system, that all participants in the case are registered as CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify that I am employed in the office of a member of the bar of this court.

Executed on March 15, 2022 at Los Angeles, California.

| Ely Medrano | */s/ - Ely Medrano* |
|---|---|
| (Name) | (Signature) |